CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff, SCOTT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>   v.<br><br>MEHDI MEHDIPOUR, in individual and representative capacity as trustee of The Mehdipour-Chitsaz Family Trust; AFSAR CHITSAZ, in individual and representative capacity as trustee of The Mehdipour-Chitsaz Family Trust; MATTARA INC., a California Corporation,<br><br>    Defendants. | Case No.: 5:21-cv-01397-BLF<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

                                        CENTER FOR DISABILITY ACCESS

Dated: May 27, 2021            /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorney for Plaintiff