# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>MEHDI MEHDIPOUR, et al.,<br><br>   Defendants. | Case No. 21-cv-01397-BLF<br><br>**ORDER VACATING ALL DATES, REQUESTING STATUS UPDATE OR DISMISSAL IN 60 DAYS, AND ADMINISTRATIVELY CLOSING CASE** |

On May 27, 2021, Plaintiff Scott Johnson notified the Court of a provisional settlement agreement between the parties. *See* Notice, ECF 15. The Court REQUESTS that the parties voluntarily dismiss the case or provide a further status update no later than July 26, 2021.

The Clerk SHALL vacate all dates and administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should a settlement not be reached.

**IT IS SO ORDERED.**

Dated: May 27, 2021

_____
BETH LABSON FREEMAN
United States District Judge